IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF PERCY BREWINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 05-6016 |
| JOSEPH LOMBARDO, et al. | : | |

## **ORDER**

AND NOW, this 21st day of July, 2009, "Defendants' Motion for Reconsideration of the Court's September 15, 2008 Order, or in the Alternative, for Certification of that Order Pursuant to 28 U.S.C. § 1292(B)" (docket no. 37) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.