IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF PERRY BREWINGTON DECEDENT, by and through the Administrator of the Estate, James D. Rosen | : : : : | |
| v. | : : | CIVIL ACTION NO. 05-6016 |
| POLICE OFFICER LOMBARDO and POLICE OFFICER HORNER and CITY OF PHILADELPHIA | : : : | |

## ORDER

AND NOW, this 3rd day of November, 2010, upon consideration of the Plaintiff's Motion For Reconsideration of the Court's Order Denying Plaintiff's Motion For a New Trial (Doc. No. 78), and defendants' response thereto (Doc. No. 79), it is hereby

ORDERED

that the Motion is DENIED.

BY THE COURT:

/s/ TJR
THOMAS J. RUETER
Chief United States Magistrate Judge